**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEJANDRO ARTEAGA, Individually and For Others Similarly Situated, | Case No. 4:26-cv-2070 |
| v. | JURY TRIAL DEMANDED COLLECTIVE ACTION PURSUANT |
| ONTRACK LOGISTICS, LLC. | TO 29 U.S.C. § 216(b) |

**RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff provides notice that this matter is dismissed without prejudice. The dismissal shall be effective upon filing.

Respectfully Submitted,

By:  /s/ *Carl A. Fitz*
**Carl A. Fitz**
Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

**ATTORNEY FOR PLAINTIFF**